# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**KENNETH A. TAYLOR,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-2493

[March 26, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin S. Fein, Judge; L.T. Case No. 062021CF008112A88810.

Daniel Eisinger, Public Defender, and Austin C. Edwards, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Marcus R. Kelly, II, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, FORST and SHEPHERD, JJ., concur.

\*     \*     \*

***Not final until disposition of timely-filed motion for rehearing.***